CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2007, I caused a copy of the foregoing ANSWER AND JURY DEMAND OF DEFENDANT MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

> Akosua Akyaamaa
> 1860 Morris Avenue, Apt. 1D
> Bronx, New York 10453

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on October 11, 2007

Sarah A. Binder